# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:21–cv–00522–SMB

Larsen v. Mednax Services Incorporated
Assigned to: Judge Susan M Brnovich
Cause: 28:1331 Fed. Question

Date Filed: 03/25/2021
Date Terminated: 06/15/2021
Jury Demand: Plaintiff
Nature of Suit: 360 Personal Injury: Other
Jurisdiction: Federal Question

**Plaintiff**

**Joseph Larsen**
*on behalf of all others similarly situated and as parent/legal guardian*
*on behalf of*
A.L.

represented by **Carrie Ann Laliberte**
Bonnett Fairbourn Friedman & Balint PC – Phoenix, AZ
2325 E Camelback Rd., Ste. 300
Phoenix, AZ 85016
602–274–1100
Email: claliberte@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elaine Ann Ryan**
Bonnett Fairbourn Friedman & Balint PC – Phoenix, AZ
2325 E Camelback Rd., Ste. 300
Phoenix, AZ 85016
602–274–1100
Fax: 602–274–1199
Email: eryan@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia Nicole Syverson**
Bonnett Fairbourn Friedman & Balint PC – San Diego, CA
600 W Broadway, Ste. 900
San Diego, CA 92101
619–798–4593
Email: psyverson@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zach Crosner**
Crosner Legal PC
9440 Santa Monica Blvd., Ste. 301
Beverly Hills, CA 90210
310–694–0459
*TERMINATED: 05/11/2021*

V.

**Defendant**

| | | |
|---|---|---|
| **Mednax Services Incorporated** | represented by | **Margaret F Dean** |
| | | Campbell Law Group of Arizona PLLC |
| | | 1951 W Camelback Rd., Ste. 200 |
| | | Phoenix, AZ 85015 |
| | | 602−322−1609 |
| | | Fax: 602−322−1634 |
| | | Email: mdean@cycn−phx.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2021 | Ï 1 | COMPLAINT. Filing fee received: $402.00, receipt number 0970−19290889 filed by Joseph Larsen. (Ryan, Elaine) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A)(BAC) (Entered: 03/26/2021) |
| 03/25/2021 | Ï 2 | SUMMONS Submitted by Joseph Larsen. (Ryan, Elaine) (BAC) (Entered: 03/26/2021) |
| 03/25/2021 | Ï 3 | Filing fee paid, receipt number 0970−19290889. This case has been assigned to the Honorable Susan M Brnovich. All future pleadings or documents should bear the correct case number: CV−21−00522−PHX−SMB. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (BAC) (Entered: 03/26/2021) |
| 03/26/2021 | Ï 4 | Summons Issued as to Mednax Services Incorporated. (BAC). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 03/26/2021) |
| 03/26/2021 | Ï 5 | ORDER: This Court adheres to Section D of the ECF Administrative Policies & Procedures Manual, specifically pages 8 & 9. Any motions, responses or replies filed for which a courtesy copy is not delivered to the Court, as required, will be stricken and not considered. Signed by Judge Susan M Brnovich on 3/26/2021. (CLB) (Entered: 03/26/2021) |
| 03/26/2021 | Ï 6 | ORDER that motions to dismiss pursuant to Fed. R. Civ. P. 12(b) and motions to strike pursuant to Fed. R. Civ. P. 12(f) are discouraged if the defect that would be the subject of the motion can be cured by filing an amended pleading. Therefore, the parties must meet and confer prior to the filing of a motion to dismiss or motion to strike to determine whether it can be avoided. FURTHER ORDERED that Plaintiff(s) serve a copy of this Order upon Defendant(s) and file a notice of service. See attached Order for complete details. Signed by Judge Susan M Brnovich on 3/26/2021. (CLB) (Entered: 03/26/2021) |
| 03/26/2021 | Ï 7 | ORDER directing the Clerk of Court to terminate any or all Defendants in this matter, without further notice, that have not been served within the time required by Fed. R. Civ. P. 4(m) on June 23, 2021. See attachment for details. Signed by Judge Susan M Brnovich on 3/26/2021. (CLB) (Entered: 03/26/2021) |
| 04/06/2021 | Ï 8 | MOTION to Stay by Mednax Services Incorporated. (Attachments: # 1 Text of Proposed Order Proposed Order re Motion to Stay)(Dean, Margaret) (Entered: 04/06/2021) |
| 04/12/2021 | Ï 9 | ORDER that the Unopposed 8 Motion to Stay Proceedings is GRANTED. IT IS FURTHER ORDERED this action is stayed until a decision is issued. Defendant shall notify the Court of the JPML's decision within 10 days of its issuance. Signed by Judge Susan M. Brnovich on 4/12/2021. (ESG) (Entered: 04/12/2021) |
| 04/14/2021 | Ï 10 | SERVICE EXECUTED filed by Joseph Larsen: Affidavit of Service re: Summons, Complaint, |

| | | |
|---|---|---|
| | | Civil Cover sheet, Order re Motions, Order ECF Administrative Policies & Procedures, Notice of Availability of Magistrate Judge upon MEDNAX Services, Inc. on 3/30/2021. (Ryan, Elaine) (Entered: 04/14/2021) |
| 05/11/2021 | Ï | Remark: Out of state attorney Zach Crosner terminated as counsel of record for noncompliance with admission procedures; party or parties represented by other admitted counsel. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 05/11/2021) |
| 06/14/2021 | Ï 11 | NOTICE re: Of JPML Decision by Mednax Services Incorporated . (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Dean, Margaret) (Entered: 06/14/2021) |
| 06/15/2021 | Ï 12 | CERTIFIED MDL TRANSFER ORDER (CTO–1) Transferring Case to Southern District of Florida Re MDL–2994. (MAP) (Entered: 06/15/2021) |
| 06/15/2021 | Ï | Remark: Transferring Case to the Southern District of Florida via electronic transfer. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 06/15/2021) |